UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SCOTT FRIEDBERG,

                Plaintiff,

— against —

LIQUIDITY SOLUTIONS, INC. and DAVID FISHEL, individually,

                Defendants.

------------------------------------------------------------x

Index No. 08-cv-5821

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

**WHEREAS,** the plaintiff has determined that this Court lacks jurisdiction over this matter and seeks to withdraw its Complaint without prejudice for purposes of re-filing in New York State Supreme Court; and

**NOW THEREFORE,** the Clerk of the Court is hereby Ordered to dismiss the Complaint in this mater without prejudice so that Plaintiff may re-file in New York State Supreme Court.

SO ORDERED:

_____
Shira A. Scheindlin, USDJ

8/12/08